FILED
CLERK, U.S. DISTRICT COURT

DEC 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOSE B. VERA, )
         Plaintiff, ) Case No. CV 06-07001 CBM (AJW)
    v. ) [~~PROPOSED~~]
) JUDGMENT
J. FITTER, M.D., et al., )
         Defendants. )

      IT IS ADJUDGED that (1) plaintiff's claims challenging denial of a rubber helmet and transfer to a medical facility under 42 U.S.C. § 1983 and Title II of the Americans With Disabilities Act are **dismissed without prejudice** for failure to exhaust prison administrative remedies; and (2) plaintiff's claims under 42 U.S.C. § 1983 challenging the treatment defendants prescribed to plaintiff for his seizure disorder are **dismissed with prejudice** for failure to state a claim.

    12/12, 2008

                                             CONSUELO B. MARSHALL
                                             UNITED STATES DISTRICT JUDGE

13